```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF CALIFORNIA
                              CIVIL MINUTES
```

| Adversary Title : | Borel et al v. Jackson et al | Case No : | 08-27985 - C - 7 |
|---|---|---|---|
| | | Adv No : | 08-02559 - C |
| | | Date : | 7/28/2010 |
| | | Time : | 9:00 |

| Matter : | Trial - [1] - (41 (Objection/Revocation of Discharge 727(c), (d), (e))),(66 (Dischargeability - 523(a)(1),(14),(14A) priority tax claims)) : Complaint 08-02559 by Alexander Ray Borel, Brenda Jo Borel against Daryl S. Jackson, Lynelle M. Jackson. Fee $250 (msws) |
|---|---|
| Judge : | Christopher M. Klein |
| Courtroom Deputy : | Teresa Jackson |
| Reporter : | Diamond Reporters |
| Department : | C |

**APPEARANCES for :**
**Movant(s) :**
    Plaintiff's Attorney - Douglas B. Jacobs
**Respondent(s) :**
    Defendant's Attorney - Robert McGhie

TRIAL was :
Findings of fact/conclusions of law stated orally on record
Judgment for defendant

| ORDER TO BE PREPARED BY : | Robert McGhie |
|---|---|
| ORDER TO BE APPROVED BY : | Douglas Jacobs |