UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES
AMENDED

| | | | |
|---|---|---|---|
| **Adversary Title :** | Borel et al v. Jackson et al | **Case No :** | 08-27985 - C - 7 |
| | | **Adv No :** | 08-02559 - C |
| | | **Date :** | 7/28/2010 |
| | | **Time :** | 9:00 |
| **Matter :** | Trial - [1] - (41 (Objection/Revocation of Discharge 727(c), (d), (e))),(66 (Dischargeability - 523(a)(1),(14),(14A) priority tax claims)) : Complaint 08-02559 by Alexander Ray Borel, Brenda Jo Borel against Daryl S. Jackson, Lynelle M. Jackson. Fee $250 (msws) | | |
| **Judge :** | David E. Russell | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
    Plaintiff's Attorney - Douglas B. Jacobs
**Respondent(s) :**
    Defendant's Attorney - Robert McGhie

TRIAL was :
Findings of fact/conclusions of law stated orally on record
Judgment for defendant

ORDER TO BE PREPARED BY :    Robert McGhie
ORDER TO BE APPROVED BY :    Douglas Jacobs